# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:13-cv-00565 |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff by and through counsel, Richard A. Gartner, and dismisses the above referenced matter with prejudice.

Respectfully submitted,
**THE GARTNER LAW FIRM**

_____
Richard A. Gartner, #29062
Attorney for Plaintiff
220 Salt Lick Road
St. Peters, Missouri 63376
Telephone:   (636) 397-2111
Facsimile:    (636) 397-7626
Email: Richard.gartner@gartnerlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2015, a copy of the foregoing was served by electronic filing pursuant to Rule 103.08 to: James E. Bennett and Jennifer S. Kingston, Attorneys for Defendant who are registered with the Court to receive electronic filings and notices.

_____